**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| DISABILITY RIGHTS OHIO, <br><br> *Plaintiff*, <br><br> v. <br><br> THE BUCKEYE RANCH, INC.., <br><br> *Defendant*. | No. 2:18-CV-894 <br> No. 2:18-CV-904 <br> Chief Judge Sargus <br> Magistrate Judge Vascura |

**UNITED STATES' REQUEST FOR ADDITIONAL TIME TO CONSIDER WHETHER TO INTERVENE OR OTHERWISE PARTICIPATE**

On March 15, 2019, the United States of America filed a Notice of Potential Participation and Request for Additional Time, informing the Court and parties that it was considering whether to seek to intervene or otherwise participate in these actions in order to defend the constitutionality of certain federal statutes.[1] On May 14, 2019, the United States filed a second request for additional time due to developments in the cases that suggested that there may be no need for the United States to participate. By Notation Order of May 16, 2019, the Court indicated that the United States must notify the Court by July 15, 2019, whether it intends to intervene or otherwise participate.

The United States understands that the parties are currently participating in a mediation process in an attempt to resolve these cases without further litigation. However, at this stage,

---

[1] The statutes at issue are the Protection and Advocacy for Individuals with Mental Illness Act ("PAIMI"), 42 U.S.C. §§ 10801 *et seq.*, the Protection and Advocacy for Individuals with Developmental Disabilities statutes ("PADD"), 42 U.S.C. §§ 15041 *et seq.,* and the Protection and Advocacy of Individual Rights statute ("PAIR"), 29 U.S.C. § 794e (collectively, the "Statutes").

there remains some uncertainty regarding whether The Buckeye Ranch will seek to reassert its constitutional challenges. The United States therefore respectfully requests additional time, until September 16, 2019, in order to monitor subsequent developments and consider whether to intervene or otherwise participate in this action. If the United States decides not to intervene or participate before September 16, 2019, it will notify the Court promptly.

Rule 5.1 provides that, "[b]efore the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c). Pursuant to this provision, the United States respectfully requests that the Court not declare any of the Statutes unconstitutional before the United States decides whether or not to intervene in this case. The United States does not object to the Court's deciding any preliminary issues or deciding to uphold the constitutionality of the statutes before September 16, 2019. *See* Advisory Committee Notes (2006), Fed. R. Civ. P. 5.1(c) ("Pretrial activities may continue without interruption during the intervention period.").

Counsel for the United States has communicated with counsel for plaintiff and defendant regarding this motion, and neither of the parties oppose the request for additional time.

Dated:  July 15, 2019                    Respectfully submitted,

                                         JOSEPH H. HUNT
                                         Assistant Attorney General
                                         MICHELLE BENNETT
                                         Assistant Director, Federal Programs Branch

                                         */s/ Kathryn L. Wyer*___
                                         KATHRYN L. WYER
                                         Federal Programs Branch
                                         U.S. Department of Justice, Civil Division
                                         1100 L Street, N.W., Room 12014
                                         Washington, DC  20005
                                         Tel. (202) 616-8475 / Fax (202) 616-8470
                                         kathryn.wyer@usdoj.gov
                                         *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will also send such notification to the parties' counsel of record.

                                            _/s/ Kathryn L. Wyer_____
                                            Kathryn L. Wyer